1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                          EASTERN DISTRICT OF CALIFORNIA

9                                FRESNO DIVISION

10

11   HASSAN ABPIKAR,                         1:11-cv-01793-LJO-DLB (PC)

12              Plaintiff,                    AMENDED ORDER GRANTING
                                             APPLICATION TO PROCEED IN FORMA
13   v.                                      PAUPERIS
                                                            and
14   MARTIN, et al.,                         AMENDED ORDER DIRECTING
                                             PAYMENT OF INMATE FILING FEE BY
15              Defendants.                   LOMPOC FEDERAL CORRECTIONAL
                                             INSTITUTION
16   _____/

17          Plaintiff is a federal prisoner proceeding pro se pursuant to to *Bivens v. Six Unknown Fed.*

18   *Narcotics Agents*, 403 U.S. 388 (1971), and has requested leave to proceed in forma pauperis

19   pursuant to 28 U.S.C. § 1915.  Plaintiff has made the showing required by § 1915(a) and

20   accordingly, the request to proceed in forma pauperis will be granted.  Plaintiff is obligated to pay

21   the statutory filing fee of $350.00 for this action.  28 U.S.C. § 1915(b)(1).  Plaintiff is obligated to

22   make monthly payments in the amount of twenty percent of the preceding month's income credited

23   to plaintiff's trust account.  The Lompoc Federal Correctional Institution is required to send to the

24   Clerk of the Court payments from plaintiff's account each time the amount in the account exceeds

25   $10.00, until the statutory filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

26          In accordance with the above and good cause appearing therefore, IT IS HEREBY

27   ORDERED that:

28              1.  Plaintiff's application to proceed in forma pauperis is GRANTED;

                                            -1-

1      **2.  The Warden of Lompoc Federal Correctional Institution or his designee shall**

2  **collect payments from plaintiff's prison trust account in an amount equal to twenty per cent**

3  **(20%) of the preceding month's income credited to the prisoner's trust account and shall**

4  **forward those payments to the Clerk of the Court each time the amount in the account exceeds**

5  **$10.00,  in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected**

6  **and forwarded to the Clerk of the Court.  The payments shall be clearly identified by the name**

7  **and number assigned to this action.**

8          3.  The Clerk of the Court is directed to serve a copy of this order and a copy of

9  plaintiff's in forma pauperis application on the Warden of Lompoc Federal Correctional Institution,

10  via United States Postal Service.

11          4.  The Clerk of the Court is directed to serve a copy of this order on the Financial

12  Department, U.S.  District Court, Eastern District of California, Fresno Division.

13          5.  Within thirty (60) days of the date of service of this order, plaintiff shall submit a

14  certified copy of his/her prison trust account statement for the six-month period immediately

15  preceding the filing of the complaint, if plaintiff has not already done so.

16

17      IT IS SO ORDERED.

18  **Dated:    November 17, 2011**                    _____ **/s/ Dennis L. Beck** _____
                                                        UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

-2-