# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASSAN ABPIKAR,<br><br>              Plaintiff,<br><br>      v.<br><br>SGT. MARTIN, et al.,<br><br>              Defendants. | CASE NO. 1:11-cv-01793-LJO-DLB PC<br><br>ORDER ASSIGNING ACTION TO MAGISTRATE JUDGE DENNIS L. BECK PURSUANT TO APPENDIX A(K)(4) OF THE LOCAL RULES<br><br>(ECF No. 16) |

This is a civil rights action filed by plaintiff Hassan Abpikar, a federal prisoner proceeding pro se and in forma pauperis. Plaintiff consented to Magistrate Judge jurisdiction on August 27, 2012, and no other party has appeared in the action. Therefore, pursuant to Appendix A(k)(4) of the Local Rules of the Eastern District of California, this action shall be assigned to United States Magistrate Judge Dennis L. Beck to conduct any and all proceedings in the case until such time as reassignment to a District Judge is required. Local Rule Appendix A(k)(3).

Accordingly, it is HEREBY ORDERED that:

1. This action is assigned to United States Magistrate Judge Dennis L. Beck for all purposes within the meaning of 28 U.S.C. § 636(c);

2. The Clerk of the Court is directed to assign this action in its entirety to Magistrate Judge Dennis L. Beck; and

3. The new case number shall be 1:11-cv-01793-DLB PC.

IT IS SO ORDERED.

**Dated:   August 29, 2012**          /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE