# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASSAN ABPIKAR,<br><br>    Plaintiff,<br><br>  v.<br><br>MARTIN, et al.,<br><br>    Defendants. | Case No. 1:11-cv-01793-DLB PC<br><br>**ORDER TO SHOW CAUSE**<br><br>ECF No. 21<br><br>RESPONSE DUE WITHIN TWENTY-ONE DAYS |

Plaintiff Hassan Abpikar ("Plaintiff") is a federal prisoner proceeding pro se in this civil action pursuant to *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971). On October 10, 2012, the Court screened Plaintiff's First Amended Complaint and ordered Plaintiff either to file an amended complaint within thirty days or notify the Court of his willingness to proceed only on the claims found to be cognizable. ECF No. 19. On November 27, 2012, the Court granted Plaintiff up to and including December 28, 2012 by which to file a second amended complaint. ECF No. 21. As of the date of this order, Plaintiff has not responded.

Accordingly, it is HEREBY ORDERED that Plaintiff is to show cause within **twenty-one (21) days** from the date of service of this order why this action should not be dismissed for failure to obey a court order. Failure to timely respond or otherwise show cause will result in dismissal of this action for failure to obey a court order.

IT IS SO ORDERED.

Dated:   **January 30, 2013**             /s/ Dennis L. Beck
                                           UNITED STATES MAGISTRATE JUDGE

1