# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASSAN ABPIKAR,<br><br>    Plaintiff,<br><br>    v.<br><br>MARTIN, et al.,<br><br>    Defendants. | Case No. 1:11-cv-01793-DLB PC<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** (ECF No. 22)<br><br>**ORDER GRANTING PLAINTIFF LEAVE TO RESPOND** (ECF No. 23)<br><br>RESPONSE DUE MARCH 29, 2013 |

Plaintiff Hassan Abpikar ("Plaintiff") is a federal prisoner proceeding pro se in this civil action pursuant to *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971). On October 10, 2012, the Court screened Plaintiff's First Amended Complaint and ordered Plaintiff either to file an amended complaint within thirty days or notify the Court of his willingness to proceed only on the claims found to be cognizable. ECF No. 19. On November 27, 2012, the Court granted Plaintiff up to and including December 28, 2012 by which to file a second amended complaint. ECF No. 21. Plaintiff did not file a response. On January 31, 2013, the Court issued an order to show cause why this action should not be dismissed for failure to obey a court order. ECF No. 22. On February 13, 2013, Plaintiff filed his response. ECF No. 23. Accordingly, it is HEREBY ORDERED that the Court's order to show cause is discharged.

Plaintiff contends that he did not receive the Court's November 27, 2012 Order. Plaintiff requests that he be granted up to April 25, 2013 by which to comply with the Court's order. Plaintiff provides no explanation as why he requires up to April 25, 2013 to comply. The Court will grant

1

1  Plaintiff's request in part.  No further extensions of time will be granted.

2      Accordingly, it is HEREBY ORDERED that Plaintiff is granted up to March 29, 2013 by
3  which either to file his second amended complaint or notify the Court of his willingness to proceed
4  only on the claims found to be cognizable in the Court's October 10, 2012 Order.  Failure to timely
5  comply will result in dismissal of this action for failure to obey a court order.

7  IT IS SO ORDERED.

8     Dated:   **February 25, 2013**        /s/ *Dennis L. Beck*
                                         UNITED STATES MAGISTRATE JUDGE